# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

| | |
|---|---|
| **LEON WEINGRAD** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 2:23-cv-05007-GAM |
| | ) |
| **QUOTELAB, LLC doing business as** | ) |
| **DIRECTHEALTHINSURANCE** | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Kenneth Browning, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to QuoteLab, LLC d/b/a DirectHealthInsurance in Dauphin County, PA on December 20, 2023 at 1:04 pm at 125 Locust St, Harrisburg, PA 17101 by leaving the following documents with Johnathan Kadar-Kallen who as Authorized Representative at Registered Agent Solutions Inc is authorized by appointment or by law to receive service of process for QuoteLab, LLC d/b/a DirectHealthInsurance.

Summons, Complaint, and Pro Hac Vice Motion

White Male, est. age 25-34, glasses: Y, Brown hair, 140 lbs to 160 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=40.2607459072,-76.8842939649
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Dauphin County                   ,

   PA     on   12/26/2023       .

/s/ *Kenneth Browning*

Signature
Kenneth Browning
+1 (717) 439-6822

