UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUOTELAB, LLC. D/B/A DIRECTHEALTHINSURANCE<br><br>Defendant. | CIVIL ACTION NO. 2:23-cv-05007<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance as counsel for Defendant Quotelab, LLC, d/b/a DirectHealthInsurance in the above-captioned matter.

Dated: January 9, 2024

Respectfully submitted

**GRIESING MAZZEO LAW, LLC**

*/s/ Melissa Hazell Davis, Esq.*
Melissa Hazell Davis, Esquire
Atty. I.D. No. 318298
1880 JFK Boulevard, Suite 1800
Philadelphia, PA 19103
Tel.: (215) 618-3720
Fax: (215) 814-9049
mdavis@griesingmazzeo.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, I filed the foregoing Notice of Appearance with this Court, using the Court's electronic filing system, which will notify and serve all counsel of record.

Dated:  January 9, 2024

**GRIESING MAZZEO LAW, LLC**

*/s/ Melissa Hazell Davis, Esq.*
Melissa Hazell Davis, Esquire
Atty. I.D. No. 318298
1880 JFK Boulevard, Suite 1800
Philadelphia, PA 19103
Tel.: (215) 618-3720
Fax: (215) 814-9049
mdavis@griesingmazzeo.com