UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, <br><br> Plaintiff, <br> v. <br><br> QUOTELAB, LLC. D/B/A DIRECTHEALTHINSURANCE <br><br> Defendant. | CIVIL ACTION NO. 2:23-cv-05007 <br><br> JURY TRIAL DEMANDED |

### STIPULATION AND ORDER EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between PLAINTIFF Leon Weingrad and DEFENDANT QuoteLab, LLC d/b/a DirectHealthInsurance, through their undersigned counsel of record, that Defendant's time to respond Plaintiff's Complaint be and is hereby extended up to and including the 24th day of January, 2024.

Dated: January 9, 2024

BY: */s/ Andrew R. Perrong*
Andrew Roman Perrong, Esquire
Perrong Law, LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
a@perronglaw.com
*Attorneys for Plaintiff Leon Weingrad*

BY: */s/ Melissa H. Davis*
Melissa Hazell Davis, Esquire
Griesing Mazzeo Law, LLC
1880 JFK Boulevard, Suite 1800
Philadelphia, PA 19103
215-618-3720
mdavis@griesingmazzeo.com
*Attorneys for Defendant QuoteLab LLC d/b/a DirectHealthInsurance*

**BY THE COURT:**

/s/ Gerald Austin McHugh
_____
Honorable Gerald Austin McHugh
United States District Judge

1/09/24