UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD,<br><br>Plaintiff,<br>v.<br><br>QUOTELAB, LLC. D/B/A<br>DIRECTHEALTHINSURANCE<br><br>Defendant. | CIVIL ACTION NO. 2:23-cv-05007<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANT QUOTELAB, LLC D/B/A DIRECTHEALTHINSURANCE'S UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM A. DELGADO, ESQ.

**THIS MATTER** having come before the Court on the Motion of Melissa Hazell Davis Esq., of Griesing Mazzeo Law LLC ("Movant"), attorneys for Defendant QuoteLab, LLC d/b/a DirectHealthInsurance., the *pro hac vice* admission of William A. Delgado, Esq. ("Counsel"), pursuant to Local Rule of Civil Procedure 83.5.2(b); and the Court having considered the certifications in support of the motion, which reflect that Counsel satisfies the requirements set forth in the Local Rules of Civil Procedure and there being no objection to this motion; and for good cause shown,

IT IS on this _____ day of _____, 2024,

**ORDERED** that the Motion for the Admission of William A. Delgado, Esq. *pro hac vice* is hereby **GRANTED**; and it is

**FURTHER ORDERED** that Counsel is familiar with and shall abide by the Local Rules of Civil Procedure and the Pennsylvania Rules of Professional Conduct; and

**FURTHER ORDERED** that Counsel shall pay the fee required by the Court for admission.

_____
J.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD,<br><br>    Plaintiff,<br>  v.<br><br>QUOTELAB, LLC. D/B/A DIRECTHEALTHINSURANCE<br><br>    Defendant. | CIVIL ACTION NO. 2:23-cv-05007<br><br>JURY TRIAL DEMANDED |

### DEFENDANT QUOTELAB, LLC D/B/A DIRECTHEALTHINSURANCE'S UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM A. DELGADO

**PLEASE TAKE NOTICE** that the undersigned attorney for Defendant QuoteLab, LLC, d/b/a DirectHealthInsurance ("QuoteLab") hereby makes this application to the above Court for an Order admitting *pro hac vice* William A. Delgado, Esq. of DTO Law as co-counsel for QuoteLab.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, QuoteLab shall rely on the Certifications of Melissa Hazell Davis, Esq. and William A. Delgado, Esq. attached hereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this Motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested because this Motion is unopposed.

Dated: January 18, 2024

                                **GRIESING MAZZEO LAW, LLC**

By:    */s/ Melissa Hazell Davis*
       Melissa Hazell Davis, Esq.
       Jessica L. Tarapchak, Esq.
       Id. Nos. 318298 & 333122
       1880 John F. Kennedy Blvd., Suite 1800
       Philadelphia, PA  19103
       PH: (215) 618-3720
       F: (215) 814-9049
       mdavis@griesingmazzeo.com
       jtarapchak@griesingmazzeo.com
       *Attorneys for Defendant QuoteLab, LLC*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD,<br><br>Plaintiff,<br>v.<br><br>QUOTELAB, LLC. D/B/A DIRECTHEALTHINSURANCE<br><br>Defendant. | CIVIL ACTION NO. 2:23-cv-05007<br><br>JURY TRIAL DEMANDED |

### CERTIFICATION OF MELISSA HAZELL DAVIS, ESQ. IN SUPPORT OF THE UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM A. DELGADO

I, Melissa Hazell Davis, Esq., of full age, hereby certify as follows:

1.  I am an attorney-at-law in the Commonwealth of Pennsylvania, and a Member in the law firm of Griesing Mazzeo Law LLC, attorneys for Defendant QuoteLab, LLC d/b/a DirectHealthInsurance ("QuoteLab"). I am fully familiar with the facts set forth herein.

2.  I make this certification based on my personal knowledge and in support of QuoteLab's Motion for an Order granting the *pro hac vice* admission of William A. Delgado, Esq. of DTO Law as co-counsel for QuoteLab in the above-captioned matter.

3.  I am an attorney in good standing of the Bars of the Commonwealth of Pennsylvania (Pennsylvania Attorney ID No. 318298), the State of New Jersey (New Jersey Attorney ID No. 141132016), the State of New York (New York Attorney ID No. 6087720 ), and the State of South Carolina (South Carolina Attorney ID No. 78586). I was admitted to the Bar of the State of South Carolina in 2009, the Bar of the Commonwealth of Pennsylvania in 2014, the Bar of the State of New Jersey in 2016, and the Bar of the State of New York in 2023.

4.       I am admitted to practice and in good standing in the United Stated District Court for the Eastern District of Pennsylvania, the United States District Court of the Western District of Pennsylvania, the United States District Court of New Jersey, and the United States District Court of South Carolina.

5.       No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6.       I certify that, after a reasonable inquiry, I believe that Mr. Delgado of DTO Law is an attorney in good standing of the Bars of the State of California, the State of New York, and the State of Kentucky and that Mr. Delgado's private and personal character is good.

7.       I am personally aware that QuoteLab desires that Mr. Delgado appear in this case with me because of his knowledge of the facts of this matter and his extensive experience representing QuoteLab on legal issues similar to those presented herein.

8.       I understand that I have a continuing obligation to sign all filings in this matter and to be available to substantively address issues in this matter.

I hereby certify pursuant to 28 U.S.C. 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: January 18, 2024

                                        **GRIESING MAZZEO LAW, LLC**

By:     */s/ Melissa Hazell Davis*
        Melissa Hazell Davis, Esq.
        Jessica L. Tarapchak, Esq.
        Id. Nos. 318298 & 333122
        1880 John F. Kennedy Blvd., Suite 1800
        Philadelphia, PA  19103
        PH: (215) 618-3720
        F: (215) 814-9049
        mdavis@griesingmazzeo.com
        jtarapchak@griesingmazzeo.com
        *Attorneys for Defendant QuoteLab, LLC*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD,<br><br>                    Plaintiff,<br>     v.<br><br>QUOTELAB, LLC. D/B/A DIRECTHEALTHINSURANCE<br><br>                    Defendant. | CIVIL ACTION NO. 2:23-cv-05007<br><br>JURY TRIAL DEMANDED |

## CERTIFICATION OF WILLIAM A. DELGADO, ESQ. TO APPEAR *PRO HAC VICE* FOR DEFENDANT QUOTELAB, LLC D/B/A DIRECTHEALTHINSURANCE

I, William A. Delgado, Esq., of full age, certify as follows:

1. I am an attorney-at-law and practice at the law firm DTO LAW, with an office at 601 S. Figueroa Street, Suite 2130, Los Angeles, California, 90017.

2. I make this Certification based on my personal knowledge and in support of the Motion for an Order granting my *pro hac vice* admission as co-counsel for QuoteLab, LLC d/b/a DirectHealthInsurance ("QuoteLab") in the above-captioned matter.

3. I am an attorney in good standing admitted to the Bars of the State of California (California Attorney ID No. 222666), the State of New York (New York Attorney ID No. 5471297), and the State of Kentucky (Kentucky Attorney ID No. 96268). I was admitted to the Bar of the State of California on December 5, 2002. I was admitted to the Bar of the Commonwealth of Kentucky on October 17, 2014. I was admitted to the Bar of the State of New York on December 7, 2016.

4. I am also admitted to practice in the following federal courts: United States Supreme Court, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Sixth

Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Tenth Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. Court of Appeals for the Federal Circuit, U.S. District Courts for the Central, Northern, Southern and Eastern Districts of California, U.S. District Courts for the Eastern and Southern Districts of New York, U.S. District Court for the District of Colorado, U.S. District Court for the Southern District of Illinois, U.S. District Court for the Northern District of Iowa, U.S. District Courts for the Eastern and Western Districts of Kentucky, U.S. District Court for the Eastern District of Michigan, U.S. District Court for the District of Nebraska, and the U.S. District Courts for the Eastern and Western Districts of Texas.

5. I am associated with counsel of record for QuoteLab, Melissa Hazell Davis, Esq. and Jessica L. Tarapchak, Esq. of the law firm Griesing Mazzeo Law LLC, who are qualified to practice in the Eastern District of Pennsylvania. Ms. Davis and Ms. Tarapchak shall serve as my co-counsel for QuoteLab in this matter.

6. I have extensive experience in class action litigation and have represented QuoteLab for several years in matters across the country. QuoteLab specifically requested that I serve as co-counsel in this matter.

7. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

8. I certify that I have paid the application fee associated with the filing of this application.

9. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of Civil Procedure for the Eastern District of Pennsylvania and agree to be bound by those rules for the duration of this case.

10. If granted *pro hac vice* admission in this matter, I will continue to advise Ms. Davis and Ms. Tarapchak in good faith of the current status of this case and all of the material developments of this case.

I hereby certify pursuant to 28 U.S.C. 1746 that the foregoing statements made by me are true and correct. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Dated: January 16, 2024

   */s/ William A. Delgado*
William A. Delgado, Esq.
DTO Law
601 S. Figueroa Street, Suite 2130
Los Angeles, CA 90017
PH: 213.335.6999
wdelgado@dtolaw.com

## CERTIFICATE OF SERVICE

I, Melissa Hazell Davis, Esq., hereby certify that, on this day, the foregoing Notice of Motion for *Pro Hac Vice* Admission, Certifications of Melissa Hazell Davis, Esq. and William A. Delgado, Esq., and a proposed Order were filed electronically and are available for viewing and downloading from the ECF system.

Dated: January 18, 2024                            */s/ Melissa Hazell Davis*
                                                                                            Melissa Hazell Davis