UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>QUOTELAB, LLC. D/B/A<br>DIRECTHEALTHINSURANCE<br><br>　　　　　Defendant. | CIVIL ACTION NO. 2:23-cv-05007<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANT QUOTELAB, LLC D/B/A DIRECTHEALTHINSURANCE'S UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM A. DELGADO, ESQ.

**THIS MATTER** having come before the Court on the Motion of Melissa Hazell Davis Esq., of Griesing Mazzeo Law LLC ("Movant"), attorneys for Defendant QuoteLab, LLC d/b/a DirectHealthInsurance., the *pro hac vice* admission of William A. Delgado, Esq. ("Counsel"), pursuant to Local Rule of Civil Procedure 83.5.2(b); and the Court having considered the certifications in support of the motion, which reflect that Counsel satisfies the requirements set forth in the Local Rules of Civil Procedure and there being no objection to this motion; and for good cause shown,

　　IT IS on this   18th   day of   January  , 2024,

　　**ORDERED** that the Motion for the Admission of William A. Delgado, Esq. *pro hac vice* is hereby **GRANTED**; and it is

　　**FURTHER ORDERED** that Counsel is familiar with and shall abide by the Local Rules of Civil Procedure and the Pennsylvania Rules of Professional Conduct; and

**FURTHER ORDERED** that Counsel shall pay the fee required by the Court for admission.

/s/ Gerald Austin McHugh
J.