## CERTIFICATE OF SERVICE

      I, Melissa Hazell Davis, Esq., hereby certify that, on this day, the foregoing Answer was filed electronically and is available for viewing and downloading from the ECF system.

Dated: January 24, 2024                                         */s/ Melissa Hazell Davis*
                                                                                 Melissa Hazell Davis