## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD,<br><br>    Plaintiff,<br>  v.<br><br>QUOTELAB, LLC. D/B/A DIRECTHEALTHINSURANCE<br><br>    Defendant. | CIVIL ACTION NO. 2:23-cv-05007<br><br>JURY TRIAL DEMANDED |

### DEFENDANT QUOTELAB, LLC D/B/A DIRECTHEALTHINSURANCE'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, the undersigned counsel for Defendant QuoteLab, LLC d/b/a DirectHealthInsurance ("QuoteLab") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities other than the parties themselves (i) have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

  a.   QuoteLab, LLC d/b/a DirectHealthInsurance, defendant;

  b.   QL Holdings, LLC;

  c.   Guilford Holdings, Inc.;

  d.   MediaAlpha, Inc.;

  e.   White Mountain Insurance Group, Ltd.;

  f.   Insignia Capital Group;

  g.   White Mountains Investments Luxembourg SARL;

    h.      Bridge Holdings Bermuda Ltd.;

    i.      WM Hinson (Bermuda) Ltd.;

    j.      Insignia QL Holdings LLC;

    k.      Insignia A QL Holdings LLC;

    l.      Melissa Hazell Davis, Esq. of Griesing Mazzeo Law, LLC counsel for defendant;

    m.      Jessica L. Tarapchak, Esq. of Griesing Mazzeo Law, LLC counsel for defendant;

    n.      Griesing Mazzeo Law, LLC;

    o.      William A. Delgado, Esq. of DTO Law, counsel for defendants;

    p.      DTO Law;

    q.      Leon Weingrad, plaintiff;

    r.      Andrew R. Perrong, Esq. of Perrong Law Group, LLC, counsel for plaintiff;

    s.      Perrong Law Group, LLC;

    t.      Anthony Paronich, Esq. of Paronich Law P.C., counsel for plaintiff; and

    u.      Paronich Law, P.C..

QuoteLab's parent corporation is QL Holdings, LLC.  QL Holdings, LLC is a majority-owned subsidiary of Guilford Holdings, Inc. Guilford Holdings, Inc. is a wholly owned subsidiary of MediaAlpha, Inc. (NYSE: MAX).

No publicly held corporation owns 10% or more of QuoteLab, LLC's stock.  The following entities indirectly hold 10% or more of QuoteLab, LLC's stock: (1) White Mountain Insurance Group, Ltd. (NYSE and NASDAQ: WTM); and (2) Insignia Capital Group.

1. White Mountain Insurance Group, Ltd. holds QuoteLab, LLC stock through the following vehicles:

    a) White Mountains Investments Luxembourg SARL;

    b) Bridge Holdings Bermuda Ltd.; and

    c) WM Hinson (Bermuda) Ltd.

2. Insignia Capital Group holds QuoteLab, LLC stock through the following vehicles:

    a) Insignia QL Holdings LLC; and

    b) Insignia A QL Holdings LLC.

Dated: January 24, 2024

**GRIESING MAZZEO LAW, LLC**

By:   */s/ Melissa Hazell Davis*
Melissa Hazell Davis, Esq.
Jessica L. Tarapchak, Esq.
Id. Nos. 318298 & 333122
1880 John F. Kennedy Blvd., Suite 1800
Philadelphia, PA 19103
PH: (215) 618-3720
F: (215) 814-9049
mdavis@griesingmazzeo.com
jtarapchak@griesingmazzeo.com
*Attorneys for Defendant QuoteLab, LLC*

## CERTIFICATE OF SERVICE

    I, Melissa Hazell Davis, Esq., hereby certify that, on this day, the foregoing **Corporate Disclosure Statement** was filed electronically and is available for viewing and downloading from the Court's CM/ECF system.

Dated: January 24, 2024　　　　　　　　　　　　　　　　　　*/s/ Melissa Hazell Davis*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Melissa Hazell Davis