# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON WEINGRAD** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-5007 |
| | : | |
| **QUOTELAB, LLC** | : | |
| *doing business as* | : | |
| DIRECTHEALTHINSURANCE | : | |

# **ORDER**

This 31st day of January, 2024, at the request of counsel, it is hereby **ORDERED** that the Rule 16 conference previously scheduled for Wednesday, February 28, 2024, is **RESCHEDULED** for Friday, **March 1, 2024**, at **1:30 p.m.** The conference will be held in Chambers, Room 9613, of the United States Courthouse, 601 Market Street, Philadelphia, PA. As outlined in the initial Notice of Pretrial Conference, **lead trial counsel is required to be present**. The Report of Rule 26(f) Meeting is due five (5) days before the Conference.

    /s/ Gerald Austin McHugh
    United States District Judge