IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD** | : |
| | : |
| v. | :  CIVIL ACTION NO. 23-5007 |
| | : |
| **QUOTELAB, LLC** | : |
| *doing business as* | : |
| DIRECTHEALTHINSURANCE | : |

**SCHEDULING ORDER**

This 1st day of March, 2024, following a Preliminary Pretrial Conference pursuant to Rule 16, it is hereby **ORDERED** as follows:

1) The parties shall have 120 days to complete fact discovery with respect to the substantive merits of Plaintiff's claims.

2) Discovery relevant to class certification shall be deferred until after the Court's initial assessment of the merits.

3) Any expert reports relevant to the substantive merits of Plaintiff's claim shall be submitted 30 days after expiration of the fact discovery deadline, with responsive reports due thirty days thereafter.

4) Dispositive motions, if any, shall be due 210 days from the date of this order.

**Notice:** Throughout the course of this litigation, counsel should refer to Judge McHugh's Guidelines for Counsel, which can be found on the Court's website, for assistance with efficient management of this case.

/s/ Gerald Austin McHugh
United States District Judge