# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated, | Case No. 2:23-cv-05007-GAM |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| QUOTELAB, LLC d/b/a DIRECTHEALTHINSURANCE | |
| Defendant. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Notice is hereby given that Plaintiff and Defendant QuoteLab LLC d/b/a DirectHealthInsurance, stipulate to dismissal of the Plaintiff's individual claims against Defendant, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own fees, costs, and expenses.

Dated: May 7, 2024

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

*/s/ William A. Delgado*
William A. Delgado, Esq.
*Admitted Pro Hac Vice*
601 S. Figueroa Street, Suite 2130
Los Angeles, CA 90017
PH: 213.335.6999
wdelgado@dtolaw.com

*Attorney for Defendant*